# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ALAIN D. COOK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 09-cv-975-DRH** |
| | ) | |
| **CITY OF ALTON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>JUDGMENT</u>

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915(e)(2).  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to state a claim upon which relief may be granted.  Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

May 18, 2010

*Date*

By:  /s/    DavidRHerndon

*Chief Judge*

**IT IS SO ORDERED.**

**DATED:   May 18, 2010.**


**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**